# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134528

DONALD F. OTTOBRE,
      Plaintiff-Appellee,
and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
      Petitioner,

v

HOPE NETWORK NORTH MICHIGAN, self-insured,
      Defendant-Appellant,
and

SECOND INJURY FUND/VOCATIONALLY
HANDICAPPED PROVISIONS,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134528
COA: 276681
WCAC: 05-000350

On order of the Court, the application for leave to appeal the June 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007
                    Clerk

t0917